Case # 2:21-CV-2530-EFM-KGG

Thursday December 2ND 2021

I Kimario Anderson Am Requesting to Amend the discrimination Action 2:21-CV-2530-EFM-KGG today by Keeping everything the same as I filed this Complaint and only Adding to it the P.T.O. Claim, in After finding that the Court lacks Jurisdiction over the Wage and hour claim precluding Consolidation of the Actions.
2:21-CV-02545-EFM-KGG

Kimario Anderson   12-2-21

**FILED**
U.S. District Court
District of Kansas

DEC 02 2021

Clerk, U.S. District Court
By _____ Deputy Clerk