# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**KIMARIO D. ANDERSON,**

                    Plaintiff,

v.                                    Case No:   21-2530-EFM

**HEARTLAND COCA-COLA,**

                      Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 79, filed on January 30, 2023, Defendant's Motion for Summary Judgment, Doc. 67, is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Strike, Doc. 77, is DENIED as moot.

This case is closed.

   1/30/2023                                                   SKYLER O'HARA  
      Date                                                      CLERK OF THE DISTRICT COURT

                                                                 by:   s/  Cindy McKee  
                                                                          Deputy Clerk